# Exhibit 5

Harrington Dragich PLLC

Invoice submitted to:
Gene Kohut

| | |
|---|---|
| Invoice # | N/A |
| Invoice Date | 07/26/2013 |
| For Services Through | 07/26/2013 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: MWC of Delaware, LLC (Case Administration)** | | |
| 03/16/2012 | DGD | *Other* <br> Prepare for 341 hearing and review of documents for same. | 1.00 at 295.00/hr | 295.00 |
| 03/19/2012 | DGD | *Other* <br> Prepare for and attend Section 341 hearing first meeting of creditors. | 4.00 at 295.00/hr | 1,180.00 |
| 03/21/2012 | DGD | *Other* <br> Commence review of documents and bank statements provided. | 1.00 at 295.00/hr | 295.00 |
| 03/22/2012 | DGD | *Other* <br> Conference with Ms. Clayson regarding document review and continue review of documents regarding same. | 1.00 at 295.00/hr | 295.00 |
| 03/23/2012 | AV | *Other* <br> Reading and Summarizing insurance policies (3.1); Editing summary of insurance policies (.4). | 3.50 at 175.00/hr | 612.50 |
| 03/23/2012 | DGD | *Other* <br> Continued review of documents regarding opportunities for recovery. | 1.20 at 295.00/hr | 354.00 |
| 03/28/2012 | DGD | *Other* <br> Work on review of documents and correspondence with Ms. Clayson regarding same. | 0.70 at 295.00/hr | 206.50 |
| 03/29/2012 | DGD | *Other* <br> Continue review of documents and exchange correspondence with Mr. Kohut regarding same. | 1.20 at 295.00/hr | 354.00 |
| 03/30/2012 | DGD | *Other* <br> Exchange correspondence with Ms. Clayson regarding document review and correspondence with Mr. Kohut regarding same. | 0.50 at 295.00/hr | 147.50 |
| 04/03/2012 | DGD | *Other* <br> Continue review of documents and conference with Ms. Clayson regarding recovery of assets. | 1.50 at 295.00/hr | 442.50 |
| 04/12/2012 | DGD | *Other* <br> Review of correspondence and review of notes regarding distribution of retainer refunds. | 0.50 at 295.00/hr | 147.50 |
| 04/16/2012 | DGD | *Other* <br> Review of correspondence from Ms. Clayson and documents regarding recoverable assets. | 1.00 at 295.00/hr | 295.00 |
| 05/09/2012 | DGD | *Other* <br> Conference with Mr. Kohut regarding unearned retainers and distribution of same; review and respond to correspondence regarding distribution of unearned retainers. | 0.70 at 295.00/hr | 206.50 |
| 05/14/2012 | DGD | *Other* <br> Work on issues regarding return of retainer funds. | 0.50 at 295.00/hr | 147.50 |
| 05/17/2012 | AV | *Other* <br> Commence draft of email to D. Dragich re: outstanding issues including fraudulent transfers. | 0.60 at 175.00/hr | 105.00 |
| 05/29/2012 | DGD | *Other* <br> Work on issues regarding document requests and pursuit of possible causes of action. | 0.40 at 295.00/hr | 118.00 |
| 06/20/2012 | DGD | *Other* <br> Review of issues regarding asset recovery and correspondence with Mr. Kohut regarding same; correspondence with Mr. Schneider regarding same. | 0.70 at 295.00/hr | 206.50 |
| 07/23/2012 | DGD | *Other* <br> Review and respond to Mr. Kohut regarding retainer refunds; work on litigation issues and review of claims. | 0.50 at 295.00/hr | 147.50 |
| 07/24/2012 | DGD | *Other* <br> Conference with Mr. Kohut regarding recovery of assets and analysis of same. | 0.50 at 295.00/hr | 147.50 |
| 07/25/2012 | DGD | *Other* <br> Review of correspondence regarding recovery of retainers and related issues. | 0.50 at 295.00/hr | 147.50 |
| 10/24/2012 | AV | *Other* <br> Reading documents relating to the bankruptcy case and summarizing. | 0.80 at 175.00/hr | 140.00 |
| 10/25/2012 | AV | *Other* <br> Determining and Summarizing current status of Midwest Stamping bankruptcy- possible claims (4.5); Review of bank schedules (.5). | 5.00 at 175.00/hr | 875.00 |
| 10/26/2012 | DGD | *Other* <br> Analysis of recovery opportunities and prepare memorandum for Mr. Kohut regarding same; conference with Mr. Kohut. | 2.50 at 295.00/hr | 737.50 |
| 10/30/2012 | DGD | *Other* <br> Conference with Mr. Kohut and review of issues regarding asset recovery. | 1.20 at 295.00/hr | 354.00 |
| 10/31/2012 | AV | *Other* <br> Reviewing Bank Statements for fraudulent transfers. | 0.80 at 175.00/hr | 140.00 |
| 11/01/2012 | DGD | *Other* <br> Work on analysis regarding recovery of assets. | 0.70 at 295.00/hr | 206.50 |
| 11/01/2012 | AV | *Other* <br> Reviewing Bank Statements for fraudulent transfers (1.8); Research fraudulent transfer issues (3.6); Drafting memo on tax refund issues (1.4). | 6.80 at 175.00/hr | 1,190.00 |
| 11/07/2012 | AV | *Other* <br> Researching Illinois property interest law regarding tax refunds (1.4). | 1.40 at 175.00/hr | 245.00 |
| 11/08/2012 | AV | *Other* <br> Work on tax refund issues. | 0.50 at 175.00/hr | 87.50 |

| Date | Initials | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2012 | AV | Other | Researching tax refund issues. | 3.60 at 175.00/hr | 630.00 |
| 11/13/2012 | DGD | Other | Review of issues regarding recovery of tax claims. | 1.20 at 295.00/hr | 354.00 |
| 11/15/2012 | DGD | Other | Conference with Mr. Kohut and continue work on tax issues. | 1.80 at 295.00/hr | 531.00 |
| 11/16/2012 | DGD | Other | Work on recovery of assets and review of documents regarding same. | 1.50 at 295.00/hr | 442.50 |
| 11/20/2012 | DGD | Other | Work on issues regarding tax refund, including analysis of same and responses to Mr. Stella and Mr. Simon regarding same; conferences with Mr. Kohut regarding same. | 1.80 at 295.00/hr | 531.00 |
| 12/13/2012 | DGD | Other | Exchange correspondence regarding recovery of tax refund and settlement regarding same, including review of issues regarding same. | 0.50 at 295.00/hr | 147.50 |
| 01/11/2013 | DGD | Other | Review of claims summary and related issues (.3); review of notice of tax lien (.2). | 0.50 at 295.00/hr | 147.50 |
| 01/15/2013 | DGD | Other | Meeting with Mr. Kohut regarding tax refund recovery and distribution issues (1.0); exchange correspondence with Mr. Simon and Mr. Stella regarding tax refund recovery (.2). | 1.20 at 295.00/hr | 354.00 |
| 01/16/2013 | DGD | Other | Analyze issues regarding tax refund and exchange correspondence with Mr. Kohut and others regarding same. | 0.60 at 295.00/hr | 177.00 |
| 02/04/2013 | DGD | Other | Conference with Mr. Stella regarding distribution of tax refund proceeds (.3); review of issues regarding distribution of tax proceeds (.7). | 1.00 at 295.00/hr | 295.00 |
| 02/05/2013 | DGD | Other | Conference with Mr. Kohut and review of issues regarding settlement with other estate regarding tax refund. | 1.20 at 295.00/hr | 354.00 |
| 02/05/2013 | AV | Other | Researching competing claims to tax refund (2.7); Drafting Motion to Compromise under Rule 9019 regarding tax refund (.9). | 3.60 at 175.00/hr | 630.00 |
| 02/06/2013 | AV | Other | Drafting Motion to Compromise under Rule 9019 regarding tax refund. | 1.30 at 175.00/hr | 227.50 |
| 02/08/2013 | DGD | Other | Exchange correspondence with Mr. Stella regarding distribution of tax refund funds (.2); exchange correspondence with Mr. Kohut regarding same (.3); review of issues regarding motion to approve distributions (.5). | 1.00 at 295.00/hr | 295.00 |
| 02/11/2013 | DGD | Other | Conference with Mr. Kohut regarding settlement of tax refund issues and work on same. | 0.70 at 295.00/hr | 206.50 |
| 02/12/2013 | DGD | Other | Conference with Mr. Stella regarding settlement motion and distribution of tax refund and review of issues regarding same. | 0.70 at 295.00/hr | 206.50 |
| 02/19/2013 | DGD | Other | Conference with Mr. Stella regarding motion for compromise regarding tax refund (.3); conference with Mr. Kohut regarding motion for compromise regarding tax refund (.3). | 0.60 at 295.00/hr | 177.00 |
| 02/21/2013 | DGD | Other | Commence review of motion regarding settlement of tax refund proceeds. | 0.80 at 295.00/hr | 236.00 |
| 02/22/2013 | DGD | Other | Conference with Mr. Kohut regarding 9019 motion for tax refund and review of same. | 0.60 at 295.00/hr | 177.00 |
| 02/25/2013 | AV | Other | Revising motion to Distribute Tax Refund. | 1.60 at 175.00/hr | 280.00 |
| 02/26/2013 | AV | Other | Revising motion to Distribute Tax Refund. | 0.40 at 175.00/hr | 70.00 |
| 02/27/2013 | AV | Other | Revising Motion to Distribute Tax Refund. | 0.50 at 175.00/hr | 87.50 |
| 02/27/2013 | DGD | Other | Work on issues regarding motion for compromise, including correspondence with Mr. Stella regarding same. | 1.20 at 295.00/hr | 354.00 |
| 03/01/2013 | DGD | Other | Review and respond to Mr. Stella regarding motion to approve compromise regarding tax refund. | 0.50 at 295.00/hr | 147.50 |
| 03/04/2013 | DGD | Other | Conference with Mr. Kohut regarding motion to approve compromise regarding tax refund (.3); review of motion to approve compromise and exchange correspondence with Mr. Stella regarding same (.5). | 0.80 at 295.00/hr | 236.00 |
| 03/04/2013 | AV | Other | Review Motion to Distribute Tax Refund. | 0.30 at 175.00/hr | 52.50 |
| 04/08/2013 | DGD | Other | Conference with Mr. Kohut regarding settlement proceeds and related issues. | 0.40 at 295.00/hr | 118.00 |
| 04/10/2013 | AV | Other | Work on review of claims. | 1.00 at 175.00/hr | 175.00 |
| 04/10/2013 | DGD | Other | Meeting with Mr. Kohut regarding review of claims and objections to same. | 0.50 at 295.00/hr | 147.50 |
| 04/16/2013 | DGD | Other | Review of claims register and possible objections. | 1.30 at 295.00/hr | 383.50 |
| 04/26/2013 | DGD | Other | Meeting with Mr. Kohut regarding review of claims register and other issues. | 0.50 at 295.00/hr | 147.50 |
| 04/29/2013 | AV | Other | Reviewing Wilmington Trust claim. | 1.60 at 175.00/hr | 280.00 |
| 04/30/2013 | AV | Other | Work on issues re: Wilmington Trust claim. | 0.70 at 175.00/hr | 122.50 |
| 05/01/2013 | AV | Other | Researching year MWC of Delaware was formed (.1); Drafting Objection to Wilmington Trust's claim; reviewing applicable rules on claim objections (.2). | 0.30 at 175.00/hr | 52.50 |

| Date | Staff | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 05/07/2013 | DGD | Other | Meeting with Mr. Kohut regarding objection to claims and closing of case. | 1.00 at 295.00/hr | 295.00 |
| 05/13/2013 | AV | Other | Drafting objection to Wilmington Trust's secured claim against MWC of Delaware (1.0). | 1.00 at 175.00/hr | 175.00 |
| 05/14/2013 | AV | Other | Drafting objection to Wilmington Trust's secured claim against MWC of Delaware; Reviewing the Wilmington Trust Claim. | 2.10 at 175.00/hr | 367.50 |
| 05/15/2013 | AV | Other | Drafting objection to Wilmington Trust Claim and related Exhibits; Reviewing Wilmington Trust Claim. | 2.80 at 175.00/hr | 490.00 |
| 05/15/2013 | DGD | Other | Follow up work regarding claim objection to secured creditor. | 1.00 at 295.00/hr | 295.00 |
| 05/21/2013 | DGD | Other | Meeting with Mr. Kohut regarding settlement, distributions and claim objection. | 1.00 at 295.00/hr | 295.00 |
| 05/28/2013 | AV | Other | Drafting objection to Wilmington Claim. | 1.20 at 175.00/hr | 210.00 |
| 05/30/2013 | AV | Other | Revising/Finalizing Objection to Wilmington Trust Claim re: MWC of Delaware; Discussing the same with D. Dragich. | 2.10 at 175.00/hr | 367.50 |
| 05/30/2013 | DGD | Other | Work on objection to claim. | 0.80 at 295.00/hr | 236.00 |
| 05/31/2013 | AV | Other | Finalizing/Filing objection to Wilmington Trust's Claim in MWC of Delaware bankruptcy case; Serving the same; Contacting court clerk to confirm hearing date. | 0.80 at 175.00/hr | 140.00 |
| 06/03/2013 | AV | Other | Determining deadlines applicable deadlines for objection to Wilmington Trust Claim; emailing the same to D. Dragich. | 0.10 at 175.00/hr | 17.50 |
| 06/21/2013 | DGD | Other | Review of claim objection issues and related settlement. | 0.40 at 295.00/hr | 118.00 |
| 06/24/2013 | AV | Other | Confirming date and time of hearing on Wilmington Trust Claim Objection. | 0.10 at 175.00/hr | 17.50 |
| 06/26/2013 | AV | Other | Contacting J. Edwards regarding extension of time to file response to Wilmington Trust Claim Objection. | 0.10 at 175.00/hr | 17.50 |
| 06/26/2013 | DGD | Other | Exchange correspondence with counsel for Bank regarding claim objection and correspondence with Mr. Kohut regarding same. | 0.50 at 295.00/hr | 147.50 |
| 07/01/2013 | AV | Other | Discussing Objection to Wilmington Trust Claim; Compiling documentation relating to the same. | 0.10 at 175.00/hr | 17.50 |
| 07/01/2013 | DGD | Other | Exchange correspondence and review of claim objection issues regarding Wilmington. | 0.50 at 295.00/hr | 147.50 |
| 07/02/2013 | AV | Other | Reviewing documentation relating to Wilmington Trust Claim; Discussing the same with D. Dragich; Phone call with D. Dragich and J. Edwards regarding the same; Drafting stipulation to extend response deadline and adjourn hearing on response to Wilmington Trust Claim Objection. | 0.50 at 175.00/hr | 87.50 |
| 07/02/2013 | DGD | Other | Conference with counsel for Wilmington regarding claim objection and work on issues regarding same. | 1.20 at 295.00/hr | 354.00 |
| 07/03/2013 | AV | Other | Drafting and Revising Stipulation to Extend Response Deadline and Adjourn Hearing for Wilmington Trust Claim Objection; Finalizing and Filing the same. | 1.60 at 175.00/hr | 280.00 |
| 07/08/2013 | DGD | Other | Review and respond to Bank's counsel regarding issues raised in claim objection. | 0.50 at 295.00/hr | 147.50 |
| 07/09/2013 | DGD | Other | Conference with Mr. Kohut regarding settlement proposal (.3); exchange correspondence with Bank's counsel regarding settlement proposal and review of issues regarding same (.3). | 0.60 at 295.00/hr | 177.00 |
| 07/09/2013 | AV | Other | Reviewing documentation to determine assets of the MWC of Delaware estate and Midwest Stamping estate. | 0.50 at 175.00/hr | 87.50 |
| 07/10/2013 | DGD | Other | Review of issues regarding objection to claim and call to Bank's counsel regarding same. | 0.60 at 295.00/hr | 177.00 |
| 07/10/2013 | AV | Other | Discussing assets of the estates with D. Dragich; Calling J. Edwards to discuss Wilmington Trust Claim Objection. | 0.20 at 175.00/hr | 35.00 |
| 07/12/2013 | DGD | Other | Conference with counsel for Bank regarding settlement of Section 506(c) issues (.4); call to Mr. Kohut regarding same (.2). | 0.60 at 295.00/hr | 177.00 |
| 07/15/2013 | AV | Other | Phone Call with D. Dragich and G. Kohut discussing Wilmington Trust settlement; Drafting stipulations relating to Wilmington Trust Claim. | 3.60 at 175.00/hr | 630.00 |
| 07/15/2013 | DGD | Other | Conference with counsel for Bank regarding settlement proposal (.3); conference with Mr. Kohut regarding same (.2). | 0.50 at 295.00/hr | 147.50 |
| 07/16/2013 | DGD | Other | Conference with Mr. Kohut regarding settlement issues with Bank. | 0.30 at 295.00/hr | 88.50 |
| 07/17/2013 | AV | Other | Discussing Fee Applications with D. Dragich; Reviewing Pre-Bill Statements; Revising Fee Applications; Revising Stipulation and Settlement Agreement for Wilmington Trust Claim. | 0.80 at 175.00/hr | 140.00 |
| 07/17/2013 | DGD | Other | Work on stipulations resolving claims of Bank and settlement agreement regarding same. | 0.50 at 295.00/hr | 147.50 |
| 07/18/2013 | AV | Other | Reviewing Pre-Bill statements for Fee Applications; Drafting Fee Applications. | 0.30 at 175.00/hr | 52.50 |

| Date | Staff | Type | Description | Amount | Total |
|---|---|---|---|---|---|
| 07/19/2013 | AV | Other | Finalizing Stipulations, Orders, and Settlement Agreement; Compiling exhibit for settlement agreement; Filing Stipulations and Orders regarding Wilmington Trust Claim; Emailing Settlement Agreement to G. Kohut; Calling Court clerk regarding the same (1.3); Revising Fee Application for MWC of Delaware (1.0). | 2.30 at 175.00/hr | 402.50 |

In Reference To: **MWC of Delaware, LLC (Expenses)**

| Date | Staff | | Description | | |
|---|---|---|---|---|---|
| 03/19/2012 | DGD | | *Miscellaneous*<br>Parking fee while attending 341 Hearing. | 10.00 | 10.00 |
| 05/31/2013 | AV | | *Miscellaneous*<br>Mailed Correspondence to J. Boone and J. James. | 2.24 | 2.24 |

Total Hours: 107.20 hrs
Case Administration: 25,084.00
Expenses: 12.24
**Total Amount: 25,096.24**

Total Case Administration: 25,084.00
Total Expenses: 12.24
**Total Invoice Amount: 25,096.24**
**Previous Balance: 3,410.00**
**Balance (Amount Due): 28,506.24**