| Case No.: | 11-72779-MBM | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | MWC OF DELAWARE, LLC | Date Filed (f) or Converted (c): | 12/30/2011 (f) |
| For the Period Ending: | 09/30/2013 | §341(a) Meeting Date: | 01/26/2012 |
| | | Claims Bar Date: | 11/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | MOUNT HAWLEY INSURANCE CO. | Unknown | Unknown | | $6,597.68 | Unknown |
| 2 | U.S. SPECIALTY INSURANCE CO. | Unknown | Unknown | | $40,000.00 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$0.00    $0.00    $46,597.68    $0.00

**Major Activities affecting case closing:**

       INVESTIGATING FINANCIAL AFFAIRS

06/03/2013    Objection to Claim Number 2 of Claimant Wilmington Trust, National Association. Filed by Trustee Gene R. Kohut (Attachments: # (1) Exhibit 1 Proposed Order # (2) Exhibit 2 Notice # (3) Exhibit 3 Certificate of Service) (Dragich, David) Hearing scheduled 7/8/2013 at 11:00 AM at Courtroom 1825. Response due by 7/1/2013.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 01/31/2015 | /s/ GENE R. KOHUT, TRUSTEE |
| **Current Projected Date Of Final Report (TFR):** | 01/31/2015 | GENE R. KOHUT, TRUSTEE |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 11-72779-MBM | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | MWC OF DELAWARE, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | 20-1804777 | Checking Acct #: | ******1078 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING |
| For Period Beginning: | 10/01/2012 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2012 | (1) | BANK OF NEW YORK MELLON | TURNOVER | 1149-000 | $2,217.97 | | $2,217.97 |
| 08/01/2012 | (1) | K. JIN LIM, TRUSTEE | TURNOVER | 1149-000 | $3,547.89 | | $5,765.86 |
| 08/09/2012 | (1) | K. JIN LIM, TRUSTEE | TURNOVER | 1149-000 | $831.82 | | $6,597.68 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.27 | $6,587.41 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.27 | $6,577.14 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.59 | $6,566.55 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.23 | $6,556.32 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.56 | $6,545.76 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.57 | $6,535.19 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.53 | $6,525.66 |
| 04/12/2013 | (2) | BASIL T. SIMON | | 1149-000 | $40,000.00 | | $46,525.66 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.54 | $46,515.12 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.74 | $46,465.38 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $74.98 | $46,390.40 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $72.44 | $46,317.96 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $74.74 | $46,243.22 |
| 08/27/2013 | 1001 | HARRINGTON DRAGICH PLLC | VOID FOR REDUCED FEE AMOUNT (CHECK NEVER PRINTED) | 3210-003 | | $25,084.00 | $21,159.22 |
| 08/27/2013 | 1001 | VOID: HARRINGTON DRAGICH PLLC | | 3210-003 | | ($25,084.00) | $46,243.22 |
| 08/27/2013 | 1002 | HARRINGTON DRAGICH PLLC | ATTORNEYS FOR TRUSTEE EXPENSES P/O 08/26/13 | 3220-000 | | $12.24 | $46,230.98 |
| 08/27/2013 | 1003 | HARRINGTON DRAGICH, PLLC | ATTORNEYS FOR TRUSTEE FEE P/O 08/26/13 | 3210-000 | | $17,915.55 | $28,315.43 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $72.75 | $28,242.68 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.10 | $28,198.58 |

| | SUBTOTALS | $46,597.68 | $18,399.10 |
|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-72779-MBM | **Trustee Name:** GENE R. KOHUT, TRUSTEE |
| **Case Name:** | MWC OF DELAWARE, LLC | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | 20-1804777 | **Checking Acct #:** ******1078 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** CHECKING |
| **For Period Beginning:** | 10/01/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 09/30/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $46,597.68 | $18,399.10 | $28,198.58 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $46,597.68 | $18,399.10 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $46,597.68 | $18,399.10 | |

| For the period of 10/01/2012 to 09/30/2013 | | For the entire history of the account between 07/25/2012 to 9/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $40,000.00 | Total Compensable Receipts: | $46,597.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 | Total Comp/Non Comp Receipts: | $46,597.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $18,388.83 | Total Compensable Disbursements: | $18,399.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,388.83 | Total Comp/Non Comp Disbursement | $18,399.10 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-72779-MBM | **Trustee Name:** GENE R. KOHUT, TRUSTEE |
| **Case Name:** | MWC OF DELAWARE, LLC | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | 20-1804777 | **Checking Acct #:** ******1078 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** CHECKING |
| **For Period Beginning:** | 10/01/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 09/30/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $46,597.68 | $18,399.10 | $28,198.58 |

**For the period of 10/01/2012 to 09/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18,388.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,388.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2012 to 9/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $46,597.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,597.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18,399.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,399.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GENE R. KOHUT, TRUSTEE

GENE R. KOHUT, TRUSTEE